UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY L. GINGELLO, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>    v.<br><br>PATRIOT NATIONAL, INC., STEVEN M. MARIANO, and THOMAS C. SHIELDS,<br><br>                     Defendants. | Case No. 1:17-cv-01866-ER |

**NOTICE OF ANTHONY L. GINGELLO AND ODS CAPITAL LLC'S
<u>MOTION FOR CONSOLIDATION OF ACTIONS</u>**

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff Anthony L. Gingello ("Gingello"), and Lead Plaintiff Movant ODS Capital LLC ("ODS Capital") respectfully move this Court for an order: (1) consolidating *Kayce v. Patriot National, Inc., et al.*, No. 1:17-cv-07164 (DLC) with the above-captioned action pursuant to Federal Rule of Civil Procedure 42(a); and (2) deeming the PSLRA notice published in connection with the *Kayce* Action void.

This motion is based on this notice, the attached memorandum of law, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Respectfully submitted,

Dated: October 6, 2017

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Lesley F. Portnoy*
Brian P. Murray (BM-9954)
Lesley F. Portnoy (LP-1941)
122 East 42nd Street, Suite 2920
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
lportnoy@glancylaw.com

-and-

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Gingello and ODS Capital, and Proposed Lead Counsel for the Class*

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 6, 2017, I served true and correct copies of **NOTICE OF ODS CAPITAL LLC'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS**, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

And by Fedex on the following parties:

| | |
|---|---|
| Peter George Safirstein | Lynda J. Grant |
| Safirstein Metcalf LLP | TheGrantLawFirm, PLLC |
| 1250 Broadway, 27th Floor | 521 Fifth Avenue, 17th Floor |
| New York, NY 10001 | New York, NY 10175 |

By placing true and correct copies thereof in an individual FedEx envelope which I deposited at a FedEx delivery center.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 6, 2017 at Los Angeles, California.

<em>s/ Lesley F. Portnoy</em><br>
Lesley F. Portnoy

# Mailing Information for a Case 1:17-cv-01866-ER Gingello v. Patriot National, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Todd Harris Henderson**
  henderson@bespc.com,ecf@bespc.com

- **Robert Allen Horowitz**
  horowitzr@gtlaw.com,schaefferc@gtlaw.com,gtcourtalert@gtlaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Brian Philip Murray**
  bmurray@glancylaw.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)