# *BRONSTEIN, GEWIRTZ & GROSSMAN, LLC*
60 East 42nd Street, Suite 4600
New York, New York 10165
(212) 697–6484
Fax (212) 697–7296

Peretz Bronstein
Edward N. Gewirtz
Neil D. Grossman
Shimon Yiftach
Yizchak Greenberg
Yitzchak E. Soloveichik

October 16, 2017

**Via ECF**
Honorable Edgardo Ramos
U.S. District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: Gingello v. Patriot National, Inc., No. 17-cv-01866

Dear Judge Ramos:

      This firm is co-counsel, together with Berger & Montague, P.C., to lead plaintiff movants Barry A. Smith and Sunil Shah (see Docs. 12, 14 and 16).  Due to the Jewish holidays last week, the Notice of Supplemental Authority filed by ODS Capital, LLC (Doc. 30) was not read until yesterday.  The document essentially is a supplemental brief and necessitates a response.  We expect to file our response by Monday, October 23, 2017.  Counsel to ODS Capital has consented to the foregoing.  Thank you for your attention to this matter.

                                      Respectfully yours,
                                      /s/
                                      Peretz Bronstein

cc: All counsel of record (via ECF)