**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY L. GINGELLO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>v.<br><br>PATRIOT NATIONAL, INC., STEVEN M. MARIANO, AND THOMAS C. SHIELDS<br><br>DEFENDANTS. | Civil Action No.: 17-cv-01866-ER |

## NOTICE OF ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that Peter J. Linken, of CAHILL GORDON & REINDEL LLP, hereby enters his appearance as counsel for defendant Thomas C. Shields in the above-captioned proceeding. I certify that I am admitted to practice before this Court.

Dated: September 20, 2018

Respectfully submitted,

/s/ Peter J. Linken
Peter J. Linken
plinken@cahill.com
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005
Telephone: 212.701.3000
Facsimile: 212.269.5420