UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re PATRIOT NATIONAL, INC. SECURITIES LITIGATION | Case No. 1:17-cv-01866-ER [Consolidated with Case No. 1:17-cv-07164-ER]<br><br>Honorable Edgardo Ramos |

**DECLARATION OF LAWRENCE DEUTSCH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Pursuant to 28 U.S.C. § 1746, I, Lawrence Deutsch, declare under penalty of perjury that the following is true to the best of my knowledge and belief:

1. I am a Shareholder of the law firm Berger Montague PC. My firm serves as Court-appointed Co-Lead Counsel in this action.

2. I submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Settlement.

3. Attached hereto as Exhibit A is a copy of the Stipulation and Agreement of Settlement between Lead Plaintiffs ODS Capital LLC, Barry A. Smith, and Sunil Shah and named Plaintiff Adam Kayce and Defendants Steven M. Mariano, Thomas C. Shields, Christopher Pesch, John R. Del Pizzo, Austin J. Shanfelter, Charles H. Walsh, Quentin P. Smith and Michael J. Corey.

4. Attached hereto as Exhibit B is a copy of Berger Montague's firm biography.

5. Attached hereto as Exhibit C is a copy of the biography of Glancy Prongay & Murray LLP, Co-Lead Counsel in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2018

s/ Lawrence Deutsch
Lawrence Deutsch

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

Dated: December 21, 2018

s/ Lawrence Deutsch
Lawrence Deutsch